**Order entered January 29, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01417-CR

## KARIASA MACHELL THOMAS, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-58505-V**

## ORDER

The Court **GRANTS** the January 22, 2015 motion of Lori Ordiway to withdraw as appellant's counsel. We **DIRECT** the Clerk to remove Ms. Ordiway as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit to this Court, within **FIFTEEN DAYS** of the date of this order, the order appointing new counsel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Felicia Pitre, Dallas County District Clerk; Lori Ordiway; and the Dallas County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with this order.  The appeal shall be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

/s/     LANA MYERS
JUSTICE